354

JOSEPH RICCIARDI, PETITIONER-PETITIONER, v. DAMAR PRODUCTS COMPANY, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Freedman & D'Allesandro* and *Mr. Norman Peterkin* for the petitioner.

*Messrs. Toner, Crowley, Woelper & Vanderbilt* and *Mr. Herman D. Michel* for the respondent.

October 26, 1964.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RAYMOND BREMSER, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Raymond A. Brown* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Gregory J. Castano* for the respondent.